

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

ROBERT FRAZER
UNITED STATES ATTORNEY

*Christopher J. Stratigeas*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*     Main:   (973) 645-2700
*Newark, New Jersey 07102*    Direct:   (973) 297-2029
*christopher.stratigeas@usdoj.gov*

August 10, 2026

**<u>Via Electronic Filing</u>**
Hon. Madeline Cox Arleo, U.S.D.J.
United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> Re:    *Salk v. Mullin, et al.,* **No. 26-09746 (MCA)**
> *Salk v. Warden, et al.,* **No. 26-09747 (MCA)**
> **Petitioner's Release**

Dear Judge Arleo:

This Office represents Respondents in these habeas actions. We respectfully write to report that U.S. Immigration and Customs Enforcement informed this Office that Petitioner was released from custody at 9:35 p.m. on August 7, 2026.

We therefore respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney General

By:    */s Christopher J. Stratigeas*
CHRISTOPHER J. STRATIGEAS
Assistant United States Attorney
*Attorneys for the Respondents*

cc:    All counsel of record (*via electronic filing*)

Case shall be closed.
SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 8/12/26